WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'06 JAN 24 09:38USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JULIE CLARNO,**   CV # 04-1871-TC

  Plaintiff,

vs.   ORDER

**COMMISSIONER of Social Security,**

  Defendant.

Attorney fees in the amount of $5,500.00 and expenses in the amount of $14.41 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $163.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this ___ day of ___Jan___, 2006.

_____
United States District / Magistrate Judge

Submitted on January 17, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1

Julie Clarno
CIVIL ACTION NO. 04-1871-TC

Federal Court Expenses:

    Filing and service postage for Plaintiff's Federal Court Complaint and
        Supporting Documents ................................. $14.41

Total Expenses: **$14.41.**

Federal Court Costs:

    Federal Court filing fee ................................... $150.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting
        Documents ........................................ $7.00

    Copy costs for Plaintiff's Opening Brief ........................... $6.00

Total Costs: **$163.00.**